UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Action No. 06-21 (RBW) |
| CINQUAN BLAKNEY, et al., | ) |
| Defendants. | ) |

### ORDER

Upon consideration of the joint oral motion of the United States and the defendants made on December 21, 2006, to unseal the record of the above-captioned case, it is hereby

**ORDERED** that, with the exception of all government ex parte representations made at the bench during any proceedings in the above-captioned case and any motions or orders of the Court related thereto, the record in this case, including all pleadings, tapes, or other transcriptions, are hereby unsealed. It is further

**ORDERED** that all government ex parte representations made at the bench during any proceedings in the above-captioned case and any motions and orders of the Court related thereto shall remain sealed.

**SO ORDERED** this 2nd day of February, 2007.

*[signature]*
REGGIE B. WALTON
United States District Judge