**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>       v.                )<br>  )  Case No.  06-cr-21 (RBW)<br>KEVIN MORRIS  )<br>       Defendant.  ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and asks the clerk of court to enter an appearance for the defendant, on the date of appointment, effective September 8, 2006.

Respectfully submitted,

KEVIN MORRIS
By Counsel

_____
Pleasant S. Brodnax, III
MOFFITT & BRODNAX, Ltd.
The Mills Building, Suite 400
1700 Pennsylvania Avenue, NW
Washington, D.C., 20006
(202) 462-1100
valawyer@erols.com