UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO.  06-21-07  (RBW) |
| | : | |
| **KEVIN MORRIS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

NOTICE OF ADDITIONAL PENALTIES
PURSUANT TO 21 U.S.C. §§ 841(b)(1) AND 851

Pursuant to 21 U.S.C. § 851, the United States Attorney for the District of Columbia informs the defendant, through the Court, that the defendant in this case has been convicted of the following prior felony drug offenses: On or about January 15, 2004, the defendant was convicted of the offenses of attempted distribution of cocaine and attempted possession with the intent to distribute cocaine in Criminal Case No. F1640-02, in the Superior Court of the District of Columbia.

Notice is hereby given that, upon conviction in the instant case, the defendant is subject to additional penalties because of his prior conviction for a felony drug offense, pursuant to the provisions of 21 U.S.C. § 841 (b)(1)(A).

                                                        Respectfully submitted,

                                                        JEFFREY A. TAYLOR  
                                                        United States Attorney  
                                                        D.C. Bar No. 498610

                                                        _____  
                                                        GEORGE ELIOPOULOS  
                                                        Assistant United States Attorney  
                                                        Organized Crime & Narcotics Trafficking Section  
                                                        D.C. Bar No.390601  
                                                        555 4th Street, N.W., Room 4106  
                                                        Washington, DC 20530  
                                                        (202) 514-7294

## CERTIFICATE OF SERVICE

      I hereby certify that on this _____ day of _____, 2007, a copy of the foregoing Notice was served by hand upon counsel for the defendant, Pleasant Brodnax, Esq.

_____
George Eliopoulos
Assistant United States Attorney