IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | |
| ) | Crim. No. 1:06-CR-21 (RBW) |
| KEVIN MORRIS, et. al.,   ) | |
| ) | |
| Defendants.   ) | |

## **ORDER**

Upon consideration of the Motion for Suppression of Communications Unlawfully Intercepted and Evidence Derived from Illegal Electronic Surveillance filed by the Accused and the entire record of this case, and

It appearing that good cause exists for the granting of said motion, it is hereby

ORDERED, that said motion is hereby granted.

_____
REGGIE B. WALTON
United States District Judge