IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Crim. No. 1:06-CR-21 (RBW) |
| KEVIN MORRIS, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT KEVIN MORRIS' CONSENT MOTION TO ENLARGE
TIME WITHIN WHICH TO FILE ADDITIONAL MOTIONS**

NOW COMES the Accused Kevin Morris, by and through undersigned counsel, respectfully moving this Court for an enlargement of time, until October 29, 2007, within which to file additional motions. The Accused has today filed a Motion for Suppression of Communications Unlawfully Intercepted and Evidence Derived from Illegal Electronic Surveillance. Counsel is still reviewing the voluminous discovery in this matter and needs additional time to determine what, if any, further motions will be filed. The government consents to this request as the Accused has agreed to an identical enlargement of the government's time to respond.

Respectfully Submitted,

**KEVIN MORRIS
By Counsel**

_____/s/_____
Pleasant S. Brodnax, III
MOFFITT & BRODNAX
The Mills Building, Suite 400
1700 Pennsylvania Avenue, Ave., NW
Washington, DC 20006
(202) 462-1100
valawyer@erols.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of October, 2007, I electronically filed this Consent Motion to Enlarge Time Within Which to File Additional Motions with the Clerk of Court using the CM/ECF system, which sent notification to counsel of record.

_____/s/_____
Pleasant S. Brodnax, III

2