IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)   Crim. No. 1:06-CR-21 (RBW)<br>KEVIN MORRIS, et. al.,  )<br>)<br>Defendants.  ) | |

## **ORDER**

Upon consideration of the Consent Motion to Enlarge Time Within Which to File Additional Motions filed by the Accused and the entire record of this case, and

It appearing that good cause exists for the granting of said motion, it is hereby

ORDERED, that said motion is hereby granted and the Accused shall file any additional motions on or before October 29, 2007.

_____
REGGIE B. WALTON
United States District Judge